| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SCOTT A. FLAXMAN<br>21 BUENA VISTA ROAD<br>SOUTH SAN FRANCISCO, CA 94080 | (415) 571-0582 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00234665-04 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
ALLAN vs. CAPITAL ONE SERVICES

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 1534 EMC |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS, COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, WELCOME TO THE USDC, NOTICE OF ASSIGNMENT, ECF REGISTRATION INFORMATION

Name: ANDREW J. GALE, AS AGENT FOR GREENPOINT MORTGAGE FUNDING

Person Served: BECKEY DE GEORGE
Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: April 7, 2008   HDATE:
Time of Delivery: 11:10 am

Place of Service: 2730 GATEWAY OAKS DRIVE, #100
SACRAMENTO, CA 95833   **(Business)**

Manner of Service:   **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:   $ 69.50

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: Sacramento County,
Number: 2005-55
Expiration Date: 12/28/2009
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: April 15, 2008
at: San Francisco, California.

Signature: _____
Name: RICHARD SNELL