SCOTT A. FLAXMAN (SBN 241285)
**SCOTT FLAXMAN LAW**
21 Buena Vista Road
South San Francisco, California 94080
Telephone: (415) 571-0582
Facsimile: (650) 952-0409
scottf@scottflaxmanlaw.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No.: **C 08-1534 EMC**

**PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT**

KARIM A. ALLAN,

Plaintiff,

vs.

CORPORATION SERVICE COMPANY AS AGENT FOR CAPTIAL ONE SERVICES, RAMON LIMCUANDO GIL, INDIVIDUALLY AND AS AGENT FOR AMERIWEST FUNDING, CHRISTINA TAGLE, AN INDIVIDUAL, ANDREW J. GALE,

AS AGENT FOR GREENPOINT MORTGAGE FUNDING, )
Doe 1 through Doe 10, )

Defendants )

The Plaintiff, Karim Allan, by and through his counsel, Scott A. Flaxman ("Plaintiff"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, request the Clerk of this Court to enter default against the defendants: Capital One Services, a corporation and GreenPoint Mortgage Funding, a corporation, individually, on the grounds that the defendants have failed to answer or otherwise respond to the Plaintiff's Complaint on file herein.

The clerk should Enter a Default against these defendants for the following reasons:

**CAPITAL ONE SERVICES**

1. Plaintiff filed his original Complaint in this Court on March 20, 2008.

2. On April 7, 2008 Plaintiff served Defendant Capital One Services via professional process server, Richard Snell of Preferred Legal Services, Inc. the following documents:

SUMMONS, COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, WELCOME TO THE USDC, NOTICE OF ASSIGNMENT, ECF REGISTRATION INFORMATION.

3. On April 23rd, 2008, I submitted a Certificate of Service on Defendant Capital One Services to this Court using the ECF System for filing.

4. At the time of the filing of this Request, no answer or other responsive pleading has been filed by Defendant Capital One Services.

5. Defendant Capital One Services is neither an infant, an incompetent, nor in the military.

6. A copy of this Request for Entry of Default was mailed to Defendant Capital One Services at Defendant Capital One Service's last known address.

**GREENPOINT MORTGAGE FUNDING**

1. Plaintiff filed his original Complaint in this Court on March 20, 2008.

2. On April 7, 2008 Plaintiff served Defendant GreenPoint Mortgage Funding via professional process server, Richard Snell of Preferred Legal Services, Inc. the following documents:

SUMMONS, COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, WELCOME TO THE USDC, NOTICE OF ASSIGNMENT, ECF REGISTRATION INFORMATION.

3. On April 23rd, 2008, I submitted a Certificate of Service on Defendant GreenPoint Mortgage Funding to this Court using the ECF System for filing.

4. At the time of the filing of this Request, no answer or other responsive pleading has been filed by Defendant GreenPoint Mortgage Funding.

5. Defendant GreenPoint Mortgage Funding is neither an infant, an incompetent, nor in the military.

6. A copy of this Request for Entry of Default was mailed to Defendant GreenPoint Mortgage Funding at Defendant GreenPoint Mortgage Funding's last known address.

Plaintiff hereby requests the Clerk of this Court for the Entry of Default against Defendants: Capital One Services and Defendant GreenPoint Mortgage Funding, individually.

Respectfully submitted,
s/Scott A. Flaxman__________

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

A copy of the foregoing was also sent via First Class U.S. Mail to:

GreenPoint Mortgage Funding, Inc.
2300 Brookstone Centre Parkway
Columbus, GA 31904

Capital One Services
1680 Capital One Drive
McLean, Virginia 22102

s/Scott A. Flaxman__________
Scott A. Flaxman