SCOTT A. FLAXMAN (SBN 241285)
**SCOTT FLAXMAN LAW**
200 Valley Drive, #13
Brisbane, CA 94005
Telephone: (415) 571-0582
Facsimile:  (650) 952-0409
scottf@scottflaxmanlaw.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM A. ALLAN,<br><br>                              Plaintiff,<br><br> vs.<br><br>CORPORATION SERVICE COMPANY AS<br><br>AGENT FOR CAPTIAL ONE SERVICES,<br><br>RAMON LIMCUANDO GIL,<br><br>INDIVIDUALLY AND AS AGENT FOR<br><br>AMERIWEST FUNDING, CHRISTINA<br><br>TAGLE, AN INDIVIDUAL, ANDREW J.<br><br>GALE, AS<br><br>AGENT FOR GREENPOINT MORTGAGE<br><br>FUNDING,<br><br>Doe 1 through Doe 10 | Case No.: 3:08-cv-1534<br><br>**REQUEST FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST CORPORATION SERVICE COMPANY WITH PREJUDICE**<br><br>Judge: Hon. Edward M. Chen<br>Complaint Date: March 20, 2008 |

1

2  The Plaintiff, Karim Allan, by and through his counsel, Scott A. Flaxman, ("Plaintiff") pursuant
3  to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, request the clerk of this court to
   dismiss Plaintiff's complaint against Defendant Corporation Service Company with prejudice.

4

5

6

7

8
                                    SCOTT A. FLAXMAN, ESQ.
9                                   **SCOTT FLAXMAN LAW**

10

11 DATED: MAY 8th, 2008

12                                      s/Scott A. Flaxman_____
                                        Scott A. Flaxman
13

14
                                    **ATTORNEY FOR PLAINTIFF**
15
                                        Karim Allan
16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8th, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

s/Scott A. Flaxman_____
Scott A. Flaxman