1  SCOTT A. FLAXMAN (SBN 241285)
   **SCOTT FLAXMAN LAW**
2  21 Buena Vista Road
   South San Francisco, California 94080
3  Telephone: (415) 571-0582
   Facsimile:  (650) 952-0409
4  scottf@scottflaxmanlaw.com

5  **ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No.: **C 08-1534 EMC**

**DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT**

KARIM A. ALLAN,

      Plaintiff,

vs.

CORPORATION SERVICE COMPANY AS AGENT

FOR CAPTIAL ONE SERVICES, RAMON

LIMCUANDO GIL,

INDIVIDUALLY AND AS AGENT FOR

AMERIWEST

FUNDING, CHRISTINA TAGLE, AN INDIVIDUAL,

ANDREW J. GALE,

```
AS AGENT FOR GREENPOINT        )
                               )
MORTGAGE FUNDING,              )
                               )
Doe 1 through Doe 10,          )
                               )
                               )
                               )
              Defendants       )
```

Scott A. Flaxman declares:

1. I am the attorney for the Plaintiff, Karim Allan, in this action.

2. I have personal knowledge of all facts stated in this declaration and, if called as a witness, could and would testify competently to them under oath.

3. Capital One Services is a party-defendant in the above titled action. Corporation Service Company is not a party to this action but rather is an authorized agent for service of process for Capital One Services. Becky De George has accepted service of process for Capital One Services as an authorized agent of Capital One Services.

Plaintiff has requested the Clerk of this court to enter a default as to Capital One Services.

4. GreenPoint Mortgage Funding is a party-defendant in the above titled action and is owned by Defendant Capital One Services. Becky De George has accepted service of process for GreenPoint Mortgage Funding as an authorized agent of GreenPoint Mortgage Funding.

Plaintiff has requested that the Clerk of this court enter default as to GreenPoint Mortgage Funding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


  s/Scott A. Flaxman_____                May 12, 2008
**ATTORNEY FOR PLAINTIFF**

Declaration in Support of Plaintiff's Motion for Clerk's Entry of Default   -   2

1
2
3
4
5  Respectfully submitted,
   s/Scott A. Flaxman_____
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Declaration in Support of Plaintiff's Motion for Clerk's Entry of Default  -  3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2008 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

A copy of the foregoing was also sent via First Class U.S. Mail to:

GreenPoint Mortgage Funding
2300 Brookstone Centre Parkway
Columbus, Georgia 31904

Capital One Services
1680 Capital One Drive
McLean, Virginia 22102


s/Scott A. Flaxman_____
Scott A. Flaxman