RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
100 Wood Hollow Drive
Novato, CA 94945
(415) 878-5390
Fax (415) 878-3595
ron.arlas@greenpoint.com

EDWARD R. BUELL, ESQ. #240494
GREENPOIINT MORTGAGE FUNDING, INC.
100 Wood Hollow Drive
Novato, Ca. 94945
(415) 878-5616
Fax (4150 878-3593
ted.buell@greenpoint.com

Attorneys for Defendants GREENPOIINT MORTGAGE
FUNDING, INC., and CAPITAL ONE SERVICES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTICT OF CALIFORNIA

| | |
|---|---|
| KARIM A. ALLAN,<br>    Plaintiff,<br>vs.<br>CORORATION SERVICE COMPANY, et al,<br>    Defendant. | Case No. 3:08-cv-01534-EMC<br>[Assigned for all purposes to Judge Edward M. Chen]<br>[PROPOSED] ORDER GRANTING CAPITAL ONE SERVICES' NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT [FRCP §12(b)(6)]<br>Date:    July 9, 2008<br>Time:   10:30 a.m.<br>Courtroom:  C, 15th Floor |

The motion of defendant Capital One Services' ("CAPITAL") for an Order Dismissing the Complaint as to CAPITAL came on regularly for hearing by the court on July 9, 2008. Parties were represented by their respective counsel.

Page 1
PROPOSED] ORDER CAPITAL ONE SERVICES' MOTION
TO DISMISS THE COMPLAINT [FRCP §12(b)(6)] OR
ALTERNATIVELY FOR A MORE DEFINITE STATEMENT

3:08-cv-01534-ECM

On proof made to the satisfaction of the court that the motion ought to be granted,

IT IS ORDERED that the motion be, and hereby is, granted and that the Complaint, as against CAPITAL only, is hereby dismissed without leave to amend.

DATED: _____

_____
United States Magistrate Judge