RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
100 Wood Hollow Drive
Novato, CA 94945
(415) 878-5390
Fax (415) 878-3595
ron.arlas@greenpoint.com

EDWARD R. BUELL, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
100 Wood Hollow Drive
Novato, Ca. 94945
(415) 878-5616
Fax (4150 878-3593
ted.buell@greenpoint.com

Attorneys for Defendants GREENPOIINT MORTGAGE
FUNDING, INC., and CAPITAL ONE SERVICES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTICT OF CALIFORNIA

| | |
|---|---|
| KARIM A. ALLAN,<br>    Plaintiff,<br>vs.<br>CORORATION SERVICE COMPANY, et al,<br>    Defendant. | Case No. 3:08-cv-01534-EMC<br>[Assigned for all purposes to Judge Edward M. Chen]<br>[PROPOSED] ORDER GRANTING GREENPOINT MORTGAGE FUNDING, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT [FRCP §12(b)(6)] OR ALTERNATIVELY FOR A MORE DEFINITE STATEMENT<br>Date:    July 9, 2008<br>Time:    10:30 a.m.<br>Courtroom:    C, 15th Floor |

The motion of defendant GreenPoint Mortgage Funding, Inc. ("GPM") for an Order Dismissing the Complaint as to GPM or Alternatively for a More Definite Statement came on

regularly for hearing by the court on July 9, 2008. Parties were represented by their respective counsel.

On proof made to the satisfaction of the court that the motion ought to be granted,

IT IS ORDERED that the motion be, and hereby is, granted and that the Complaint, as against GPM only, is hereby dismissed without leave to amend.

DATED: _____          _____
                                      United States Magistrate Judge