SCOTT A. FLAXMAN (SBN 241285)
**SCOTT FLAXMAN LAW**
200 Valley Drive #13
Brisbane, California 94005
Telephone: (415) 571-0582
Facsimile: (650) 952-0409
scottf@scottflaxmanlaw.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM A. ALLAN<br><br>                      Plaintiff<br><br>vs.<br><br>Corporation Service Company as agent for **CAPTIAL ONE SERVICES**, **RAMON LIMCUANDO GIL**, individually and as agent for **AMERIWEST FUNDING**, **CHRISTINA TAGLE**, an individual, Andrew J. Gale as agent for **GREENPOINT MORTGAGE FUNDING**,<br><br>**Doe 1 through Doe 10**,<br><br>                      Defendants | Case No.: 3:08-cv-01534-EMC<br><br>[Assigned for all purposes to Judge: Hon. Edward M. Chen]<br><br>KARIM A. ALLAN'S NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT SUBSTITUTING CORRECT NAME: **CAPITAL ONE, N.A.** FOR NAME**: CAPITAL ONE SERVICES**<br><br>**Date:**         **July 9, 2008**<br>**Time:**        **10:30 a.m.**<br>**Courtroom:**   **C, (15th Floor)** |

Plaintiff, Karim A. Allan requests that the Court grant an order allowing the filing of the attached amendment to the complaint.

The amendment corrects a mistake in the name of a party.

**KARIM A. ALLAN'S NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT BY SUBSTITUTING NAME: CAPITAL ONE, N.A. FOR NAME: CAPITAL ONE SERVICES** - 1

AMENDMENT

Plaintiff, Karim A Allan has learned the true name of the defendant designated in Plaintiff's Complaint as Capital One Services and substitutes the correct name, Capital One, N.A. wherever the incorrect name: Capital One Services appears in the Complaint.

Dated: May 18th, 2008                                    SCOTT FLAXMAN LAW


                                                By:    / s /    Scott A. Flaxman
                                                        Scott A. Flaxman
                                                Attorney for Plaintiff Karim A. Allan

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18th, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

s/Scott A. Flaxman
Scott A. Flaxman