SCOTT A. FLAXMAN (SBN 241285)
**SCOTT FLAXMAN LAW**
200 Valley Drive #13
Brisbane, California 94005
Telephone: (415) 571-0582
Facsimile:  (650) 952-0409
scottf@scottflaxmanlaw.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM A. ALLAN<br><br>                             Plaintiff<br><br>vs.<br><br>Corporation Service Company as agent for **CAPTIAL ONE SERVICES**, **RAMON LIMCUANDO GIL**, individually and as agent for **AMERIWEST FUNDING**, **CHRISTINA TAGLE**, an individual, Andrew J. Gale as agent for **GREENPOINT MORTGAGE FUNDING**,<br><br>**Doe 1 through Doe 10**,<br><br><br><br>                             Defendants | Case No.: 3:08-cv-01534-EMC<br><br>[Assigned for all purposes to Judge: Hon. Edward M. Chen]<br><br>[PROPOSED] ORDER TO AMEND COMPLAINT SUBSTITUTING CORRECT NAME: **CAPITAL ONE, N.A.** FOR NAME: **CAPITAL ONE SERVICES**<br><br>**Date:**           July 9, 2008<br>**Time:**           10:30 a.m.<br>**Courtroom:**    C, (15th Floor) |

   IT IS HEREBY ORDERED that Plaintiff's request to substitute the correct name: Capital One, N.A., for the name: Capital One Services in Plaintiff's Complaint is Granted.


Dated:_____                    _____
                                                                                United States District Court Judge

**ORDER** - 1