RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
100 Wood Hollow Drive
Novato, CA 94945
(415) 878-5390
Fax (415) 878-3595

EDWARD R. BUELL, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
100 Wood Hollow Drive
Novato, Ca. 94945
(415) 878-5616
Fax (4150 878-3593

Attorneys for Defendant GREENPOINT MORTGAGE
FUNDING, INC. and CAPITAL ONE, N.A.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM A. ALLAN<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CORPORATION SERVICE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 3:08-CV-01534-EMC<br><br>[Assigned for All Purposes to Judge Edward M. Chen]<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANTS GREENPOINT MORTGAGE AND CAPITAL ONE, N.A. |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed corporations or other entities (i) have a financial interest in the subject matter in controversy or (ii) have a non-financial interest in the subject matter that could be substantially affect by the outcome of the proceeding:

Page 1
CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS FOR DEFENDANTS GREENPOINT MORTGAGE
AND CAPITAL ONE, N.A.                                              3:08-cv-01534-ECM

1. GREENPOINT MORTGAGE FUNDING, INC., ("GPM") initially funded both ALLAN loans. It then sold first loan to Lehman Brothers Bank and transferred the servicing rights to GMAC Mortgage, LLC. It then sold the second loan to Countrywide Securities and transferred the servicing rights to Countrywide Home Loans. GPM has had no financial or proprietary interest in either of the ALLN loans since April 10, 2007 at the latest. GPM has no knowledge as to whether or not Lehman Brothers or Countrywide Securities has subsequently sold the loans or transferred any servicing rights. Plaintiff would know who currently services his loans unless he has defaulted on his loans. Plaintiff should have named his current servicers if one of his goals is to attempt to modify either or both of his loans.

2. CAPITAL ONE, N.A. has never had any financial or non-financial interest in either of the ALLAN loans that could be substantially affect by the outcome of the proceeding

Dated: May 21, 2008                              ARLAS & SMITHTON

                                                 /s/ RONALD M. ARLAS, ESQ.
                                                 RONALD M. ARLAS, ESQ.
                                                 Attorney for Def. GREENPOINT MORTGAGE
                                                 And CAPITAL ONE, N.A.

\Certification of Interested Entities or Persons 5.08