SCOTT A. FLAXMAN (SBN 241285)
**SCOTT FLAXMAN LAW**
200 Valley Drive #13
Brisbane, California 94005
Telephone: (415) 571-0582
Facsimile:  (650) 952-0409
scottf@scottflaxmanlaw.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM A. ALLAN<br><br>Plaintiff<br><br>vs.<br><br>Corporation Service Company as agent for **CAPTIAL ONE SERVICES**, **RAMON LIMCUANDO GIL**, individually and as agent for **AMERIWEST FUNDING**, **CHRISTINA TAGLE**, an individual, Andrew J. Gale as agent for **GREENPOINT MORTGAGE FUNDING**,<br><br>**Doe 1 through Doe 10**,<br><br>Defendants | Case No.: 3:08-cv-01534-EMC<br><br>[Assigned for all purposes to Judge: Hon. Edward M. Chen]<br><br>[PROPOSED] ORDER DENYING GREENPOINT MORTGAGE FUNDING, INC.'S MOTION TO DISMISS THE COMPLAINT [FRCP §12(b)(6)] AND ALTERNATIVELY FOR A MORE DEFINITE STATEMENT<br><br>**Date:**       July 9, 2008<br>**Time:**       10:30 a.m.<br>**Courtroom:**    C, (15th Floor) |

The motion by Defendant Greenpoint Mortgage Funding, Inc. ("Defendant Greenpoint") to dismiss plaintiff Karim A. Allan's Complaint pursuant to Fed. R. Civ. P 12(b)(6) and alternatively for a more definite statement came on regularly for hearing in this Court on July 9, 2008.  The Court having reviewed and considered the papers filed in support of an in opposition to the motion and having considered the argument of counsel,

    IT IS HEREBY ORDERED that Defendant Greenpoint's motion to dismiss is DENIED.

**ORDER**

1    IT IS FURTHER ORDERED that Defendant Greenpoint's motion in the alternative for a more definite statement is DENIED.

2    Plaintiffs have adequately pled a cause of action against Defendant Greenpoint for violations of the Real Estate Settlement Procedures Act.

Dated:_____                    _____
                                          United States District Judge

**ORDER**