SCOTT A. FLAXMAN (SBN 241285)
**SCOTT FLAXMAN LAW**
200 Valley Drive #13
Brisbane, California 94005
Telephone: (415) 571-0582
Facsimile:  (650) 952-0409
scottf@scottflaxmanlaw.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KARIM A. ALLAN<br><br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>Corporation Service Company as agent for **CAPTIAL ONE SERVICES**, **RAMON LIMCUANDO GIL**, individually and as agent for **AMERIWEST FUNDING**, **CHRISTINA TAGLE**, an individual, Andrew J. Gale as agent for **GREENPOINT MORTGAGE FUNDING**,<br><br>**Doe 1 through Doe 10**,<br><br>　　　　　　　　　　Defendants | Case No.: 3:08-cv-01534-EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

1

Dated: May 23, 2008                              **SCOTT FLAXMAN LAW**

By: <u>  / s /    Scott A. Flaxman</u>
           Scott A. Flaxman
   Counsel for: Plaintiff Karim Allan

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

s/Scott A. Flaxman_____
Scott A. Flaxman