SCOTT A. FLAXMAN (SBN 241285)
SCOTT FLAXMAN LAW
200 Valley Drive #13
Brisbane, California 94005
Telephone: (415) 571-0582
Facsimile: (650) 952-0409
scottf@scottflaxmanlaw.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM A. ALLAN<br><br>　　　　　Plaintiff<br><br>vs.<br><br>Corporation Service Company as agent for **CAPTIAL ONE SERVICES, RAMON LIMCUANDO GIL**, individually and as agent for **AMERIWEST FUNDING, CHRISTINA TAGLE**, an individual, Andrew J. Gale as agent for **GREENPOINT MORTGAGE FUNDING,**<br><br>**Doe 1 through Doe 10,**<br><br>　　　　　Defendants | Case No.: C 08-1534 EMC<br><br>[Assigned for all purposes to Judge: Hon. Edward M. Chen]<br><br>PLAINTIFF KARIM A ALLAN'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO GREENPOINT MORTGAGE FUNDING, INC'S MOTION TO DISMISS THE COMPLAINT [FRCP §12(b)(6)] AND ALTERNATIVELY FOR A MORE DEFINITE STATEMENT<br><br>Date:　　　July 9, 2008<br>Time:　　　10:30 a.m.<br>Courtroom:　C, (15th Floor) |

Plaintiff Karim A. Allan declares:

1. I am Karim A. Allan and I am the plaintiff in this action.

---

PLAINTIFF KARIM A ALLAN'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
GREENPOINT MORTGAGE FUNDING, INC'S MOTION TO DISMISS THE COMPALAINT [FRCP §12(b)(6)] - 1

2. I have personal knowledge of all facts stated in this declaration and in my Opposition to Greenpoint Mortgage Funding, Inc's Motion to Dismiss and Alternatively for a More Definite Statement and, if called as a witness, could and would testify competently to them under oath.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

By: _____                    May 20, 2008
**Karim A. Allan, Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28th, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

s/Scott A. Flaxman
Scott A. Flaxman