RONALD M. ARLAS, ESQ.#59091
ARLAS & SMITHTON
100 WOOD HOLLOW DRIVE
NOVATO, CA 94945
(415) 878-5390
Fax (415) 878-3595

Attorneys for Defendant GREENPOINT MORTGAGE
FUNDING, INC. and CAPITAL ONE, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARIM A. ALLAN                                  Case No. 3:08-CV-01534-EMC

      Plaintiff,

  v.

CORPORATION SERVICE COMPANY,
et al.,

      Defendant.
_____/

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 28, 2008

_Ronald M. Arlas_
Signature

Counsel for RONALD M. ARLAS, ESQ
(Name of party or indicate "pro se")
ATTORNEY for Def. GREENPOINT
MORTGAGE and CAPITAL ONE, N.A.