1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8   KIRIM A ALLAN,                              No. C 08-01534 MHP

9            Plaintiff(s),                      **CLERK'S NOTICE**
                                                **(Scheduling Case Management Conference**
10     v.                                       **in Reassigned Case)**

11  CORPORATION SERVICE COMPANY et al,

12           Defendant(s).
    _____/

13

14         This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

15  hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, July**

16  **21, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the conference.

17  Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement

18  on all defendants, and shall also serve a copy of this notice on all defendants.

19

20                                              Richard W. Wieking
                                                Clerk, U.S. District Court
21

22

23  Dated:  June 2, 2008                        Anthony Bowser, Deputy Clerk to the
                                                Honorable Marilyn Hall Patel
24                                                    (415) 522-3140

25

26

27

28

**United States District Court**
For the Northern District of California