SCOTT A. FLAXMAN (SBN 241285)
**SCOTT FLAXMAN LAW**
200 Valley Drive #13
Brisbane, California 94005
Telephone: (415) 571-0582
Facsimile:  (650) 952-0409
scottf@scottflaxmanlaw.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM A. ALLAN<br><br>                    Plaintiff<br><br>vs.<br><br>Corporation Service Company as agent for **CAPTIAL ONE SERVICES**, **RAMON LIMCUANDO GIL**, individually and as agent for **AMERIWEST FUNDING**, **CHRISTINA TAGLE**, an individual, Andrew J. Gale as agent for **GREENPOINT MORTGAGE FUNDING**,<br><br>**Doe 1 through Doe 10**,<br><br>                    Defendants | Case No. 3:08-CV-01534-MHP<br><br>[Assigned for All Purposes to the Honorable Judge Marilyn H. Patel]<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CAPITAL ONE, N.A. AND ANDREW J. GALE |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff Karim A. Allan voluntarily dismisses the entire above-captioned action without prejudice as against defendants, Capital One, N.A. and Andrew J. Gale.

**KARIM A. ALLAN'S VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE CAPITAL ONE, N.A. AND ANDREW J. GALE**

**SCOTT FLAXMAN LAW**

DATED: June 04, 2008

_____/S/_____
SCOTT A FLAXMAN

**ATTORNEY FOR PLAINTIFF**
KARIM A. ALLAN

**KARIM A. ALLAN'S VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE CAPITAL ONE, N.A. AND ANDREW J. GALE**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 04, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

s/Scott A. Flaxman_____
Scott A. Flaxman