**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 10, 2008

RE:  CV 08-01534 MHP        KIRIM A ALLAN -v- CORPORATION SERVICE CO

Default is declined as to **Defendants Capital One Services and Greenpoint Mortgage Funding** on **June 10, 2008**.

RICHARD W. WIEKING, Clerk

by:  Gina Agustine-Rivas
Case Systems Administrator