**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 21, 2008

Case No.   C 08-1534  MHP            Judge: MARILYN H. PATEL

Title: KIRIM A. ALLAN -v- CORPORATION SERVICE COMPANY et al

Attorneys:  Plf: Scot Flaxman
            Dft: Ronald Arlas, Ted Buell

Deputy Clerk:  Anthony Bowser    Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion of underlying claims; Matter referred to ADR for mediation, to be completed within the next 90 days; Court instructs defendant Greenpoint to ascertain contact information of co-defendant within 30 days;

A further status conference set for 11/17/2008 at 3:00 p.m., with a joint status report due one week prior.