# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Allan, | 08-01534 MHP MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Corporation Service Company as Agent for Capital O, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Christopher D. Sullivan**
McGrane Greenfield LLP
One Ferry Building, Suite 220
San Francisco, CA 94111
415-283-1776
csullivan@mcgranegreenfield.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01534 MHP MED                - 1 -

1     Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: August 4, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01534 MHP MED    - 2 -