UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARIM ALLAN,  
        Plaintiff,  
  v.  
GREENPOINT MORTGAGE FUNDING, et al.,  
        Defendants.  
_____/

No. C 08-01534 MHP

**JUDGMENT**

**(Fed, R, Civ. P. 54(b))**

    This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting defendant GreenPoint Mortgage Funding's motion for summary judgment,

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety against defendant GreenPoint Mortgage Funding. This judgment is entered pursuant to Federal Rule of Civil Procedure 54(b), there being no just reason for delay. Fed. R. Civ. P. 54(b).

    IT IS SO ORDERED.

Dated: July 27, 2010

MARILYN HALL PATEL  
United States District Court Judge  
Northern District of California